# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY WILSON** | : CIVIL ACTION |
| | : |
| **v.** | : |
| | : |
| **JAMIE SOBER, SCI Phoenix Warden,** | : |
| **THE DISTRICT ATTORNEY OF THE** | : |
| **COUNTY OF PHILADELPHIA and THE** | : |
| **ATTORNEY GENERAL OF THE** | : |
| **STATE OF PENNSYLVANIA** | : NO. 21-2506 |

## ORDER

**NOW**, this 8th day of August, 2022, upon consideration of the Petition for Writ of *Habeas Corpus* (Doc. No. 2) and the amended Petition for Writ of *Habeas Corpus* (Doc. No. 12), the response to the petitions, the Report and Recommendation filed by United States Magistrate Judge Scott W. Reid (Doc. No. 20), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Scott W. Reid is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED**; and

3. Because there has been no substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2), a certificate of appealability will not issue.

/s/ TIMOTHY J. SAVAGE J.